**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)    Case Number **10−10604−smb**

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on February 2, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE:   The staff of the bankruptcy clerk's office and the office of the U.S. trustee cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rebecca S Ocampo
625 Main Street Apt 535
New York, NY 10044

| Case Number:<br>10−10604−smb | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−3115 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Rebecca S Ocampo<br>625 Main Street Apt 535<br>New York, NY 10044<br>Telephone number: | Bankruptcy Trustee (name and address):<br>Yann Geron<br>Fox Rothschild, LLP<br>100 Park Avenue<br>Suite 1500<br>New York, NY 10017<br>Telephone number:   (212) 878−7900 |

### Meeting of Creditors
Date:  **March 11, 2010**                              Time:  **10:30 AM**

Location:  **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/10/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number:  212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open:  Monday − Friday 8:30 AM − 5:00 PM | Date:  February 3, 2010 |

DEBTORS: BRING THIS NOTICE TO YOUR FIRST MEETING OF CREDITORS TO BE HELD PURSUANT TO SECTION 341(A) OF THE BANKRUPTCY CODE, TOGETHER WITH ANY OTHER DOCUMENTS REQUESTED BY THE TRUSTEE.

**EXPLANATIONS**            **B9A (Official Form 9A) (12/07)**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **DEBTORS** | Duty to Complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 23 (Financial Management Form Certificate) must be filed within 45 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Financial Management Course Certificate and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certificate, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: kevsu                 Page 1 of 2                  Date Rcvd: Feb 03, 2010
Case: 10-10604                Form ID: b9a                Total Noticed: 72


The following entities were noticed by first class mail on Feb 05, 2010.
db           +Rebecca S Ocampo,    625 Main Street Apt 535,    New York, NY 10044-0033
tr           +Yann Geron,    Fox Rothschild, LLP,    100 Park Avenue,    Suite 1500,    New York, NY 10017-5551
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
               Albany, NY 12205-0300
smg           United States Attorney,    One St. Andrew's Plaza,    Claims Unit - Room 417,
               New York, NY 10007-1701
ust          +United States Trustee,    33 Whitehall Street,    21st Floor,    New York, NY 10004-2122
5089500      +ACCOUNTS RECEIVABLE MANAGEMEN,    PO BOX 129,    THOROFARE NJ 08086-0129
5089502      +ALLIED INTERNATIONAL CREDIT CO,    100 EAST SHORE DRIVE 3RD FLOOR,    GLEN ALLEN VA 23059-5758
5089503       ALLIED INTERSTATE,    300 CORPORATE EXCHANGE DRIVE,    5TH FLOOR,    COLOMBUS OH 43231
5089505      +ARSI,    555 ST CHARLES DRIVE,    SUITE 100,    THOUSAND OAKS CA 91360-3983
5089508      +BP OIL/CITIBANK SD NA,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
5089510      +BUREAU OF COLLECTION RECOVERY,    DEPT NO 1456,    PO BOX 1259,    OAKS PA 19456-1259
5089509      +BUREAU OF COLLECTION RECOVERY,    7575 CORPORATE WAY,    EDEN PRAIRIE MN 55344-2000
5089513      +CENTRAL CREDIT SERVICES,    PO BOX 15118,    JACKSONVILLE FL 32239-5118
5089515       CHASE MANHATTAN BANK,    950 CARBONDALE ROAD,    HOUSTON TX 77024
5089516       CITGO-CITIBANK SD,    PO BOX 15687,    WILMINGTON DE 19856
5089517      +CITGO/CITIBANK SD NA,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
5089518      +CITI BANK,    PO BOX 6286,    SIOUX FALLS SD 57117-6286
5089519      +CITI MORTGAGE,    PO BOX 9438,    DEPT 0251,    GAITHERSBURG MD 20898-9438
5089520      +CIVIL COURT OF THE CITY OF NY,    111 CENTRE STREET,    NEW YORK NY 10013-4390
5089521      +CLIENT SERVICES INC,    3451 HARRY TRUMAN BLVD,    ST CHARLES MO 63301-9816
5089523      +CORPORATE COLLECTIONS RCN COMP,    23220 CHAGRIN BLVD SUITE 400,    BEECHWOOD OH 44122-5433
5089524      +CREDITORS FINANCIAL GRP,    PO BOX 440290,    AURORA CO 80044-1500
5089526      +EAST 44TH REALTY LTD,    NEW COUNTY REG,    60 JOHN STREET FLOOR 13,    NEW YORK NY 10038-3735
5089527      +ENCORE,    400 N RODGERS ROAD,    PO BOX 330,    OLATHE KS 66062-1212
5089528      +ENHANCED RECOVERY CORP,    PO BOX 1967,    SOUTHGATE MN 48195-0967
5089529      +FIRSTSOURCE ADVANTAGE LLC,    205 BRYANT WOODS SOUTH,    AMHERST NY 14228-3609
5089531      +HOME DEPOT,    PO BOX 689100,    DES MOINES ID 50368-9100
5089534      +IC SYSTEMS INC,    444 HIGHWAY 96 EAST,    PO BOX 64887,    ST PAUL MN 55164-0887
5089535      +JAMES A WEST PC,    6380 ROGERDALE ROAD,    SUITE 130,    HOUSTON TX 77072-1647
5089536      +LAW OFFICE OF COHEN & SLAMOWITZ,    199 CROSSWAYS PARK DRIVE,    WOODBURY NY 11797-2016
5089537      +MIRS ASSOCIATES INC,    1930 OLNEY AVE,    CHERRY HILL NJ 08003-2016
5089538      +NCO FINANCIAL SYSTEMS INC,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2368
5089539       NCO FINANCIAL SYSTEMS INC,    PO BOX 61247,    DEPT 64,    VIRGINIA BEACH VA 23466
5089540      +NELSON WATSON & ASSOCIATES,    80 MERRIMACK ST LOWER LEVEL,    HAVER HILL MA 01830-5211
5089541      +NORTHLAND GROUPING,    PO BOX 390905,    MINNEAPOLIS MN 55439-0905
5089542      +NORWAX ASSOCIATES INC,    1046 MCLEAN AVE,    YONKERS NY 10704-4378
5089543      +P&B CAPITAL GROUP LLC,    PO BOX 25197,    TAMPA FL 33622-5197
5089544      +PENN CREDIT CORP,    PO BOX 988,    HARRISBURG PA 17108-0988
5089545      +PHILIPS ASSOCIATES LTD,    PO BOX 48458,    OAK PARK MI 48237-6058
5089547      +RMS,    4836 BRECKSVILLE ROAD,    PO BOX 509,    RICHFIELD OH 44286-0509
5089548      +RMS EXCHANGE PLAZA,    55 BROADWAY,    SUITE 201,    NEW YORK NY 10006-3759
5089549      +RUI CREDIT SERVICES,    PO BOX 1349,    MELVILLE NY 11747-0421
5089550      +RY MANAGEMENT CO INC,    1619 3RD AVE,    NEW YORK, NY 10128-4398
5089551      +SEARS,    PO BOX 45168,    JACKSONVILLE FL 32232-5168
5089552      +SENTRY CREDIT INC,    2809 GRAND AVE,    EVERETT WA 98201-3417
5089553       SHELL/CITIBANK SD,    PO BOX 15687,    WILMINGTON DE 19850
5089554      +SHELL/CITIBANK SD NA,    PO BOX 6497,    SIOUX FALLS SD 57117-6497
5089555      +SIMM ASSOCIATES,    800 PENC D,    800 PENCADER DRIVE,    NEWARK DE 19702-3354
5089557      +STOOPS AND COMPANY LLC,    225 EAST 95TH STREET SUITE 9D,    NEW YORK NY 10128-4003
5089558      +THD/CBUSA,    PO BOX 6003,    HAGERSTOWN MD 21747-6003
5089559      +TIME WARNER,    PO BOX 9227,    UNIONDALE NY 11555-9227
5089560      +UNITED RECOVERY SYSTEMS,    5800 NORTH COURSE DRIVE,    HOUSTON TX 77072-1613
5089563       WASHINGTON MUTUAL,    PO BOX 99604,    DALLAS TX 75266
5089564      +WEST ASSET MANAGEMENT,    PO BOX 790113,    ST LOUIS MO 63179-0113

The following entities were noticed by electronic transmission on Feb 03, 2010.
tr           +EDI: QYGERON.COM Feb 03 2010 15:58:00      Yann Geron,    Fox Rothschild, LLP,    100 Park Avenue,
               Suite 1500,    New York, NY 10017-5551
5089501      +EDI: AFNIRECOVERY.COM Feb 03 2010 15:58:00      AFNI INC,    404 BROCK DRIVE,    PO BOX 3517,
               BLOOMINGTON IL 61702-3517
5089504      +EDI: AMEREXPR.COM Feb 03 2010 15:48:00      AMERICAN EXPRESS,    PO BOX 6618,    OMAHA NE 68106-0618
5089506      +EDI: HFC.COM Feb 03 2010 15:48:00      BENEFICIAL FINANCE,    PO BOX 17574,
               BALTIMORE MD 21297-1574
5089507      +EDI: TSYS2.COM Feb 03 2010 15:48:00      BLOOMINDALE DSNB,    9111 DUKE BLVD,    MASON OH 45040-8999
5089509      +EDI: BCTN.COM Feb 03 2010 15:58:00      BUREAU OF COLLECTION RECOVERY,    7575 CORPORATE WAY,
               EDEN PRAIRIE MN 55344-2000
5089511      +EDI: CAPITALONE.COM Feb 03 2010 15:48:00      CAP ONE,    PO BOX 30281,
               SALT LAKE CITY UT 84130-0281
5089512      +EDI: CAPITALONE.COM Feb 03 2010 15:48:00      CAPITAL ONE BANK USA,    PO BOX 70884,
               CHARLOTTE NC 28272-0884
5089514      +EDI: CHASE.COM Feb 03 2010 15:53:00      CHASE BANK USA,    PO BOX 15153,
               WILMINGTON DE 19886-5153
5089522      +EDI: HFC.COM Feb 03 2010 15:48:00      COMP USA RETAIL SERVICES,    PO BOX 17298,
               BALTIMORE MD 21297-1298
5089525      +EDI: RCSDELL.COM Feb 03 2010 15:58:00      DELL BUSINESS CREDIT,    PO BOX 5275,
               CAROL STREAM IL 60197-5275
5089530      +EDI: FMAALLIANCE.COM Feb 03 2010 15:58:00      FMA ALLIANCE LTD,    11811 NORTH FREEWAY SUITE 900,
               HOUSTON TX 77060-3292
```

```
District/off: 0208-1            User: kevsu              Page 2 of 2              Date Rcvd: Feb 03, 2010
Case: 10-10604                  Form ID: b9a             Total Noticed: 72

The following entities were noticed by electronic transmission (continued)
5089532      +EDI: HFC.COM Feb 03 2010 15:48:00      HSBC,   PO BOX 5253,    CAROL STREAM IL 60197-5253
5089533      +EDI: HFC.COM Feb 03 2010 15:48:00      HSBC GOLD MASTER CARD,   PO BOX 81622,
              SALINAS CA 93912-1622
5089546      +EDI: RRSB.COM Feb 03 2010 15:58:00     RED LINE RECOVERY,   11675 RAIN WATER DRIVE SUITE 350,
              ALFARETTA GA 30009-8693
5089556      +EDI: MERRICKBANK.COM Feb 03 2010 15:48:00     SPEIGEL,   PO BOX 9204,
              OLD BETHPAGE NY 11804-9004
5089561      +EDI: AFNIVZCOMBINED.COM Feb 03 2010 15:48:00     VERIZON,   PO BOX 1100,   ALBANY NY 12250-0001
5089562      +EDI: CHASE.COM Feb 03 2010 15:53:00    WASHINGTON MUTUAL,   PO BOX 99604,
              ARLINGTON TX 76096-9604
                                                                                             TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2010**                    **Signature:** _Joseph Speetjens_